UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 3 2015
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CERESSA B. PATTERSON, Defendant. | Criminal No. 1:15cr104 <br><br> Violation: 18 U.S.C. § 1711 |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

### (Misappropriation of Postal Funds)

From in or about approximately June 2014 until on or about December 19, 2014, at or near Pentress, Monongalia County, in the Northern District of West Virginia, the defendant, **CERESSA B. PATTERSON**, a Postal Service employee, knowingly and intentionally converted to her own use more than $1,000.00 of money and property that come into her hands and was under her control in the execution and under color of her employment, that is, the defendant **CERESSA B. PATTERSON** converted to her own use proceeds from the sale of money orders and stamps, all in violation of Title 18, United States Code, Section 1711.

A true bill,

/s/
Foreperson
(Signature on File)

/s/
William J. Ihlenfeld, II
United States Attorney

Sarah W. Montoro
Assistant United States Attorney