```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

   **v.**                               **CRIMINAL NO. 1:15CR104**
                                              **(Judge Keeley)**

**CERESSA PATTERSON,**

        **Defendant.**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
<u>FELONY CASE (DKT. NO. 17) AND SCHEDULING SENTENCING HEARING</u>**

On December 17, 2015, the defendant, Ceressa Patterson ("Patterson"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count One of the Indictment. Patterson stated that she understood that the magistrate judge is not a United States District Judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Patterson's statements during the plea hearing and the government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Patterson was competent to enter a plea, that the plea was freely

**USA v. CERESSA PATTERSON**                                        **1:15CR104**

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 17) AND SCHEDULING SENTENCING HEARING

and voluntarily given, that she was aware of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. On December 17, 2015, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 17) finding a factual basis for the plea and recommended that this Court accept Patterson's plea of guilty to Count One of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. After which, the parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Patterson's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Count One of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

**USA v. CERESSA PATTERSON**                                       **1:15CR104**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO. 17) AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer undertake a presentence investigation of **CERESSA PATTERSON,** and prepare a presentence report for the Court;

2. The Government and Patterson are to provide their versions of the offense to the probation officer by **January 18, 2016**;

3. The presentence report is to be disclosed to Patterson, defense counsel, and the United States on or before **March 4, 2016**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **March 18, 2016;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **April 1, 2016**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **April 15, 2016.**

**USA v. CERESSA PATTERSON**                                               **1:15CR104**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO. 17) AND SCHEDULING SENTENCING HEARING**

The magistrate judge continued Patterson on bond pursuant to an Order Setting Conditions of Release (dkt. no. 9) entered on November 17, 2015.

The Court will conduct the sentencing hearing for the defendant on **Friday, April 29, 2016** at **2:30 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: January 13, 2016

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE